IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:

GREGORY S. DREELIN                                Case No.: 10-34034-KRH
DEBORAH S. DREELIN                                Chapter 13

                    Debtors

**MOTION TO SHORTEN TIME FOR RESPONSES TO
DEBTOR'S MOTION TO SELL REAL ESTATE**

      COME NOW, the Debtors, by counsel, and as and for their Motion To Shorten Time For Responses to Debtor's Motion to Sell Real Estate, states as follows:

    1.    On April 28, 2014, the Debtors filed a Motion to Sell Real Estate.

    2.    The 21 day objection period will expire May 16, 2014.

    4.    The Real Estate Purchase Agreement requires that closing take place within 15 days from the date the contract was signed by all parties which is prior to the expiration of the 21 day objection period.

      WHEREFORE, the Debtors respectfully request that the Court enter an Order shortening the time for filing of responses to Debtor's Motion to Sell Real Estate, and for such other relief as the Court may deem appropriate.

                                            GREGORY S. DREELIN
                                            DEBORAH S. DREELIN

                                    By: /s/ Yvonne Cochran
                                        Yvonne Cochran, VSB #26015
                                        COCHRAN LAW FIRM, P.C.
                                        4509 West Broad Street
                                        Richmond, VA 23230
                                        (804) 358-2222
                                        *Counsel for Debtors*

---

Yvonne Cochran, Esq., VSB #26015
COCHRAN LAW FIRM, P.C.
4509 West Broad Street
Richmond, VA 23230
(804) 358-2222

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of April, 2014, the following person(s) were served electronically via the CM/ECF system, or were mailed a copy of the foregoing Motion by first class mail, postage prepaid:

Carl M. Bates, Trustee
PO Box 1819
Richmond, VA 23218-1819

Caliber Home Loans
c/o Jason L. Hamlin, Esq.
Brock & Scott, PLC
484 Viking Drive, Suite 110
Virginia Beach, VA 23452

Caliber Home Loans
12150 Monument Drive, Suite 502
Fairfax, VA 22033

Caliber Home Loans
Corporate Office
3701 Regent Boulevard
Irving, TX 75063

All Creditors (List Attached)

Gregory S. Dreelin
Deborah S. Dreelin
92 Cherry Ridge Lane
Lexington, VA 24450

                                                  /s/ Yvonne Cochran
                                                  Yvonne Cochran, VSB #26015

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

IN RE:

GREGORY S. DREELIN                                      Case No.:  10-34034-KRH
DEBORAH S. DREELIN                                      Chapter 13

                   Debtors

**NOTICE OF MOTION TO SHORTEN TIME FOR RESPONSES TO**
**DEBTOR'S MOTION TO SELL REAL ESTATE**

    The above Debtors have filed papers with the Court to Shorten the Time for Responses to Debtor's Motion to Sell Real Estate.

    <u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to grant the relief sought or if you want the court to consider your views on this matter, then you or your attorney must immediately:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it immediately, to:

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Room 4000
        Richmond, VA  23219

    You must also mail a copy to:

        Yvonne Cochran, Esq.
        Cochran Law Firm, P.C.
        4509 West Broad Street
        Richmond, VA  23230

    X   Attend the hearing on the motion scheduled to be held on **May 7, 2014, at 10:30 a.m.** at the United States Bankruptcy Court, Eastern District of Virginia, Richmond, Division, 701 East Broad Street, Room 5000, Richmond, Virginia 23219.

    If you or your attorney do not take these steps, the court may decide that you do not oppose the request and permit the sale to proceed without further action of the Court.

                                GREGORY S. DREELIN
                                DEBORAH S. DREELIN

                           By: /s/ Yvonne Cochran
                              Yvonne Cochran, VSB #26015
                              COCHRAN LAW FIRM, P.C.
                              4509 West Broad Street
                              Richmond, VA 23230
                              (804) 358-2222
                              *Counsel for Debtors*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of April, 2014, the following person(s) were served electronically via the CM/ECF system, or were mailed a copy of the foregoing Notice of Motion by first class mail, postage prepaid:

Carl M. Bates, Trustee
PO Box 1819
Richmond, VA 23218-1819

Caliber Home Loans
c/o Jason L. Hamlin, Esq.
Brock & Scott, PLC
484 Viking Drive, Suite 110
Virginia Beach, VA 23452

Caliber Home Loans
12150 Monument Drive, Suite 502
Fairfax, VA 22033

Caliber Home Loans
Corporate Office
3701 Regent Boulevard
Irving, TX 75063

All Creditors (List Attached)

Gregory S. Dreelin
Deborah S. Dreelin
92 Cherry Ridge Lane
Lexington, VA 24450

                                                                  /s/ Yvonne Cochran
                                                                  Yvonne Cochran, VSB #26015

Beneficial/HFC
Attn: Bankruptcy
PO Box 3425
Buffalo, NY 14240-0000

Bierman, Geesing, Ward & Wood
Bankruptcy Notice
8100 Three Chopt Road, #240
Henrico, VA 23229-0000

Brice, Vander Linden, Wernick
Attn: Hilary B. Bonial
9441 Lyndon B Johnson Freeway
Dallas, TX 75243-0000

Cap One
PO Box 85520
Richmond, VA 23285-0000

Chase
PO Box 15298
Wilmington, DE 19850-0000

Citi
Attn: Bankruptcy Notification
P.O. Box 6500
Sioux Falls, SD 57117-0000

Credit Adjustment Board, Inc
Attn: Bankruptcy Dept.
306 E. Grace Street
Richmond, VA 23219-0000

Dell Financial Services
c/o DFS Customer Care Dept
PO Box 81577
Austin, TX 78707-1577

Gemb/Ge Money Bank Low
Po Box 103065
Roswell, GA 30076-0000

Gemb/Jcp
Po Box 984100
El Paso, TX 79998-0000

Hccredit/Cit
203 E Emma Ave Ste A
Springdale, AR 72764-0000

Hfc
Po Box 3425
Buffalo, NY 14240-0000

Home Furnishings
Attn: Bankruptcy
5324 Virginia Beach Blvd.
Virginia Beach, VA 23462-0000

Hsbc/Nautl
90 Christiana Rd
New Castle, DE 19720-0000

HSBC/Scusa
Attn: Bankruptcy
PO Box 961245
Fort Worth, TX 76161-0000

Kay Jewelers
375 Ghent Rd
Akron, OH 44333-0000

Mil Star
Attn: Bankruptcy
3911 S Walton Walker Blvd
Dallas, TX 75265-0410

Partners Financial FCU
Bankruptcy Dept.
5516 Falmouth St., #101
Richmond, VA 23230-0000

PRA Receivables Managment, LLC
Agent of Portfolio Recovery
P. O. Box 12914
Norfolk, VA 23541-0000

Richmond Emerency Physicians
Attn: Bankruptcy
PO Box 808
Grand Rapids, MI 49518-0000

Vanda Receivables

Webbank/DFS
Attn: Bankruptcy Dept.
12234 N IH 35 Sb, Bldg B
Austin, TX 78753-0000

Wff Cards
3201 N 4th Ave
Sioux Falls, SD 57104-0000